BOYLAN, Respondent, *v.* McCAFFREY *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from third district court.

Action by Arthur Boylan against William H. McCaffrey and others.

No opinion. Judgment affirmed, with costs.

---

COHEN, Respondent, *v.* EDELSON, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from fifth district court.

Action by Meyer Cohen against Abraham Edelson.

No opinion. Judgment affirmed, with costs.

---

CUNNINGHAM *v.* SMITH.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from district court.

Action by Thomas Cunningham against John Smith.

No opinion. Judgment reversed, with costs.

---

DALTON, Respondent, *v.* DOUGHERTY, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from second district court.

Action by Edward Dalton against James J. Dougherty.

No opinion. Judgment affirmed, with costs.

---

DEVINE, Respondent, *v.* PROTECTIVE LIVE-STOCK MUT. BEN. ASS'N, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from eleventh district court.

Action by Thomas F. Devine against the Protective Live-Stock Mutual Benefit Association.

No opinion. Judgment affirmed, with costs.

---

ISTED, Respondent, *v.* STOCKTON, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from district court.

Action by Thomas M. Isted against Mary J. Stockton.

No opinion. Judgment affirmed, with costs.

---

LOBENTHAL *et al.*, Respondents, *v.* PRINCE, Appellant.

*(Common Pleas of New York City and County, General Term.* June 25, 1891.)

Appeal from seventh district court.

Action by Michael Lobenthal and others against Simon H. Prince.

No opinion. Judgment affirmed, with costs.